UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLINT H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-03020-RLY-MKK |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Clint H., Plaintiff, filed a request for judicial review of the decision by Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, to deny his application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq*. The court referred the matter to the Magistrate Judge, who issued a Report and Recommendation. The Magistrate Judge concluded that the Administrative Law Judge ("ALJ") erred at Step Five. The Magistrate Judge accordingly recommended that this case be remanded for further proceedings. Neither party objects. Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, this court is satisfied that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and

Recommendation (Filing No. 23), **REVERSES** the decision of the ALJ, and **REMANDS** the matter to the Social Security Administration for further proceedings.

**SO ORDERED** this 20th day of January 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.